UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Christina R. Ray ,** | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:13-CV-01077  JCH |
| | ) | |
| **Carolyn W. Colvin,** | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

ORDER

  The above-styled case was filed in the Eastern Division of this court on June 7, 2013, and assigned to the Honorable Jean C. Hamilton.  Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

  IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:13cv00081 AGF.  The Honorable Audrey G. Fleissig will preside.

  Case No. 4:13cv01077 JCH is hereby administratively closed.

  Dated this 7th day of June, 2013.

            James G. Woodward, Clerk of Court

            By: /s/ Michele Crayton
               Deputy In Charge

  Please refer to Case No. **1:13cv00081 AGF** in all future matters concerning this case.